UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ATHENA DIAGNOSTICS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. _____ |
| ) | |
| AMBRY GENETICS CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## COMPLAINT AND DEMAND FOR JURY TRIAL

Athena Diagnostics, Inc. alleges for its complaint in this action as follows:

### Parties, Jurisdiction and Venue

1. Athena Diagnostics, Inc. ("Athena") is a corporation duly organized and existing under the laws of the State of Delaware with a place of business at Four Biotech Park, 377 Plantation Street, Worcester, Massachusetts.

2. Ambry Genetics Corporation ("Ambry") is, on information and belief, a corporation duly organized and existing under the laws of the State of California with a place of business at 100 Columbia, Suite #200, Aliso Viejo, California.

3. This is an action for patent infringement under 35 U.S.C. § 1 *et seq.*, for which this Court has jurisdiction under 28 U.S.C. §§ 1331 and 1338(a).

4. Venue in this District is proper under 28 U.S.C. §§ 1391 and 1400.

### Facts Giving Rise to Claims Against Ambry

5. Athena is one of the leading companies in the field of genetic diagnostic testing, and has developed and offers genetic diagnostic tests for numerous diseases and conditions.

6. On June 24, 2003, Athena entered into a Development and License Agreement with Correlagen Diagnostics, Inc., then known as Correlagen, Inc. (as amended, the "Athena Development Agreement") under which, among other things, Correlagen agreed to develop or find technology that could provide the basis for endocrine and metabolism molecular disease tests ("EMMD tests"), to acquire patent and other intellectual property rights in and to such technology, and to develop for Athena the EMMD tests based on such technology. Also under the Athena Development Agreement:

    a. Athena agreed to pay Correlagen for the development of, and the acquisition of patent and other intellectual property rights in, such EMMD tests;

    b. Correlagen granted Athena, among other things, an exclusive license in all the patent and other intellectual property rights that Correlagen acquires in such EMMD tests that relate to or otherwise concern physician-authorized or physician-ordered diagnostic or prognostic testing in any healthcare venue in the United States, with the exception of such testing that is paid for by pharmaceutical companies in the context of their sponsored clinical trials; and

    c. Correlagen granted to Athena the right to sue third parties for infringement of Athena's exclusive patent rights in the EMMD tests, including the right to join Correlagen as a party-plaintiff if legally required to do so.

7. Correlagen found technology at, among other research and academic institutions, the General Hospital Corporation ("Mass. General") that could provide the basis for EMMD tests for the detection and diagnosis of certain forms of diabetes.

8. U.S. Patent No. 6,274,310 (the "'310 Patent"), entitled "Compositions and Methods for Detecting Pancreatic Diseases," duly issued to Mass. General on August 14, 2001.

9. Mass. General entered into an Exclusive License Agreement with Correlagen as of July 12, 2004, granting Correlagen exclusive rights to make, use, sell, offer to sell, and import the inventions claimed in the '310 Patent in the field of detection, diagnosis and monitoring of endocrine and metabolic diseases and conditions in humans, including the right to grant a sublicense to Athena and the right to initiate actions against infringers of the '310 Patent in Correlagen's name and in the name of Mass. General and to join Mass. General as a party-plaintiff if legally required to do so.

10. Correlagen entered into a Sublicense with Athena as of December 10, 2004, granting Athena exclusive rights under the '310 Patent of such rights that Correlagen acquired under its exclusive license with Mass. General that relate to or otherwise concern physician-authorized or physician-ordered diagnostic or prognostic testing in any healthcare venue in the United States, with the exception of such testing that is paid for by pharmaceutical companies in the context of their sponsored clinical trials, and including the right to initiate actions against infringers of the '310 patent in Athena's and Correlagen's and Mass. General's names, and to join Correlagen and Mass. General as party-plaintiffs if legally required to do so.

11. Using the inventions claimed in the '310 Patent, Correlagen developed for Athena "IPF1" EMMD tests for the diagnosis of a disease known as maturity-onset diabetes of the young ("MODY") 4 and for the diagnosis of neonatal diabetes mellitus, by detection of a mutation in the IPF1 gene. Athena has been offering and performing, and is continuing to offer and perform the IPF1 EMMD tests for the diagnosis of MODY 4 and neonatal diabetes mellitus, under the exclusive '310 Patent rights that Correlagen has acquired from Mass. General and has sublicensed to Athena.

12. Ambry has performed, and is continuing to perform IPF1 EMMD tests for the diagnosis of MODY 4 and neonatal diabetes mellitus, in the United States, in the field of

physician-authorized and physician-ordered diagnostic or prognostic testing that is not paid for by pharmaceutical companies in the context of their sponsored clinical trials, and Ambry has thereby infringed, and is continuing to infringe, the '310 Patent and Athena's exclusive rights thereunder, including infringement in this District.

13. Ambry's infringement of the '310 Patent is and has been willful.

14. Ambry's infringement of the '310 Patent has caused and will continue to cause Athena substantial damages and irreparable harm for which there is no adequate remedy at law.

WHEREFORE, Athena respectfully requests that this Court:

A. Enter judgment on Count I:

    (i) determining that Ambry has infringed U.S. Patent No. 6,274,310;

    (ii) enjoining Ambry and its affiliates, subsidiaries, officers, directors, employees, agents, representatives, licensees, successors, assigns, and those acting for or on its behalf or acting in concert or participation with it, from further infringement of U.S. Patent No. 6,274,310;

    (iii) awarding damages to Athena for Ambry's infringement of U.S. Patent No. 6,274,310 in such amount as may be proved, and treble damages pursuant to 35 U.S.C. § 284 for willful infringement;

    (iv) awarding Athena its costs, and pre-judgment and post-judgment interest pursuant to 35 U.S.C. § 284 and other applicable law; and

    (v) awarding Athena reasonable attorneys' fees pursuant to 35 U.S.C. § 285.

B. Grant Athena such other and further relief as may be just and proper.

### Demand for Jury Trial

Athena demands a trial by jury on all issues so triable.

5

ATHENA DIAGNOSTICS, INC.,

By its attorneys,

   /s/ David J. Brody
David J. Brody (BBO No. 058200)
david.brody@hbsr.com
Deirdre E. Sanders (BBO No. 630404)
deirdre.sanders@hbsr.com
Christine M. Wise (BBO No. 657324)
christine.wise@hbsr.com
Hamilton, Brook, Smith & Reynolds, P.C.
530 Virginia Road
P.O. Box 9133
Concord, Massachusetts 01742-9133
Telephone: (978) 341-0036
Facsimile: (978) 341-0136

Dated: November 18, 2009