UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ATHENA DIAGNOSTICS, INC.,

                Plaintiff,

    v.

AMBRY GENETICS CORPORATION,

                Defendant

C.A. No. 09-40199-FDS

**ASSENTED-TO MOTION TO ADMIT TRYN STIMART *PRO HAC VICE*
AS COUNSEL FOR DEFENDANT AMBRY GENETICS CORPORATION**

Defendant, Ambry Genetics Corporation, ("Ambry") or ("Defendant") by and though

their counsel of record, Richard S. Sanders of Cooley Godward Kronish LLP, respectfully

requests pursuant to Local Rule 83.5.3 that the Court admit his colleague Tryn Stimart *pro hac*

*vice* for the purpose of appearing as counsel for Ambry Genetics Corporation in the above-

captioned matter.  As grounds for this motion, Defendant states as follows:

      1.      Mr. Stimart is an attorney with Cooley Godward Kronish LLP, 777, 6th Street,

NW, Suite 100, Washington, DC, 20001, Phone (202) 842-7881.  See Aff. of Tryn Stimart

("Stimart Aff.") ¶ 1.

      2.      Mr. Stimart is a member in good standing of the bars of the District of Columbia

and Maryland.  He is admitted to practice in the U.S. District Court, District of Columbia.

Stimart Aff. ¶ 2,

3.      There are no disciplinary proceedings pending against Mr. Stimart as a member of the bar in the District of Columbia and Maryland and Mr. Stimart is neither suspended nor disbarred in any jurisdiction.  Stimart Aff. ¶ 3.

4.      Mr. Stimart is familiar with the Local Rules of the United States District Court for the District of Massachusetts.  Stimart Aff. ¶ 4.

5.      Plaintiffs counsel assents to this Motion.

WHEREFORE, for all of the reasons set forth above, Defendant respectfully requests that the Court allow Mr. Stimart to appear *pro hac vice* as counsel for Defendant in the above-captioned civil action pursuant to Local Rule 83.5.3.

## LOCAL RULE 7.1(A)(2) CERTIFICATE

The undersigned counsel hereby certifies that Nancy Cunningham of Cooley Godward Kronish LLP has conferred with David Brody, Esq., counsel for the Plaintiffs to resolve the issues raised in this motion.  Plaintiffs, by their counsel, have ASSENTED to the Motion.

DATED:  January 26, 2010          COOLEY GODWARD KRONISH, LLP

*/s/ Richard S. Sanders*
Richard S. Sanders (BBO No. 562014)
Cooley Godward Kronish LLP
500 Boylston Street
Boston, MA 02116-3736
rsanders@cooley.com
Tel:  (617) 937-2300
Fax:  (617) 937-2400

## <u>CERTIFICATE OF SERVICE</u>

I, Richard S. Sanders, hereby certify that pursuant to Local Rule 5.4(C), this document has been filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).  For those parties indicated as non-registered participants a paper copy will be sent by facsimile and/or U.S. First Class Mail on January 26, 2010.

 _/s/ Richard S. Sanders_____
Richard Sanders