UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ATHENA DIAGNOSTICS, INC.,

    Plaintiff,

v.

AMBRY GENETICS CORPORATION,

    Defendant

C.A. No. 09-40199-FDS

## AFFIDAVIT OF TRYN STIMART IN SUPPORT OF MOTION TO ADMIT TRYN STIMART *PRO HAC VICE* AS COUNSEL FOR DEFENDANT AMBRY GENETICS CORPORATION

I, Tryn Stimart, being duly sworn, hereby state as follows:

1.    I am an attorney with Cooley Godward Kronish LLP, 777, 6th Street, NW, Suite 100, Washington, DC, 20001, Phone (202) 842-7881.

2.    I am a member in good standing of the bars of the District of Columbia and Maryland. I am admitted to practice in the U.S. District Court, District of Columbia.

3.    There are no disciplinary proceedings pending against me as a member of the bar in the District of Columbia and Maryland and I am neither suspended nor disbarred in any jurisdiction.

4.  I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

SIGNED, under the penalties of perjury this 20th day of January, 2010

_____
Tryn Stimart