UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ATHENA DIAGNOSTICS, INC., <br> THE GENERAL HOSPITAL CORPORATION <br> and CORRELAGEN DIAGNOSTICS, INC., <br> <br> Plaintiffs, <br> <br> v. <br> <br> AMBRY GENETICS CORPORATION, <br> <br> Defendant. | Civil No. 4:09-cv-40199-FDS |

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned counsel on behalf of Correlagen Diagnostics, Inc., which will be named as a plaintiff in the amended complaint to be filed shortly.

    /s/           Terry Klein
HENSHON PARKER LLP
Terry Klein, BBO# 652052
160 Federal Street, 10th Floor
Boston, Massachusetts 02110
Telephone: (617) 367-1800
Facsimile: (617) 507-6454
(tklein@henshon.com)

*Of counsel*:

Steven D. Moore (*Pro hac vice motion to be filed*)
smoore@kilpatrickstockton.com
Matias Ferrario (*Pro hac vice motion to be filed*)
mferrario@kilpatrickstockton.com
KILPATRICK STOCKTON LLP
1001 West Fourth Street
Winston-Salem, NC 27101
Telephone: (336) 607-7300
Facsimile: (336) 607-7500

March 15, 2010

noticeapp99

2

## CERTIFICATE OF SERVICE

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on or before March 15, 2010.

                              /s/                    Terry Klein