UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ATHENA DIAGNOSTICS, INC.,<br>THE GENERAL HOSPITAL CORPORATION<br>and CORRELAGEN DIAGNOSTICS, INC.,<br><br>                Plaintiffs,<br><br>v.<br><br>AMBRY GENETICS CORPORATION,<br><br>                Defendant. | )<br>)<br>)<br>)<br>)  Civil No. 4:09-cv-40199-FDS<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF THE GENERAL HOSPITAL CORPORATION'S CERTIFICATION
<u>UNDER LOCAL RULE 16.1(d)(3)</u>**

Plaintiff The General Hospital Corporation and its undersigned counsel certify that they have conferred: (a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.


    /s/ Paul Cushing
Paul Cushing, Legal Counsel
The General Hospital Corporation

    /s/ David J. Brody
David J. Brody (BBO No. 058200)
Hamilton, Brook, Smith & Reynolds, P.C.
530 Virginia Road, P.O. Box 9133
Concord, Massachusetts  01742
Tel.:  (978) 341-0036
Fax:  (978) 341-0136
E-Mail:  david.brody@hbsr.com

Attorney for Plaintiff The General Hospital Corporation

April 1, 2010

2

**CERTIFICATE OF SERVICE**

      I, David J. Brody, hereby certify that this document filed through the ECF System will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 2, 2010.

                                      /s/ David J. Brody
                                      David J. Brody

970517_1