UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ATHENA DIAGNOSTICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMBRY GENETICS CORPORATION, <br><br> Defendant. | C.A. No. 4:09-CV-40199-FDS |

### DEFENDANT AMBRY GENETICS CORPORATION'S CERTIFICATION UNDER RULE 16.1(d) (3)

Defendant Ambry Genetics Corporation and its undersigned counsel certify that they have conferred (a) to establish a budget for costs of conducting a full scope litigation to resolve this matter, as well as other various alternatives; and (b) to consider the option of alternative dispute resolution programs as outlined in Local Rule 16.4.

-2-

| AMBRY GENETICS CORPORATION | COOLEY GODWARD KRONISH, LLP |
|---|---|
| /s/ _____ | /s/Richard S. Sanders |

Richard S. Sanders
COOLEY GODWARD KRONISH LLP
500 Boylson Street
Boston, MA 02199
rsanders@cooley.com
(617) 937-2300

Jessica Wolff
COOLEY GODWARD KRONISH LLP
4401 Eastgate Mall
San Diego, CA 92121-1909
jwolff@cooley.com
(858) 550-6000

Tryn Stimart
COOLEY GODWARD KRONISH LLP
777 6th Street, NW
Suite 1100
Washington, DC 20001
Phone: 202-842-7800
tstimart@cooley.com
(703) 456-8553

Attorneys For Defendant,
Ambry Genetics Corporation

Dated: April 26, 2010

-3-

## CERTIFICATE OF SERVICE

I, Nancy A. Cunningham, hereby certify that this document was filed through the ECF System will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 25, 2010.

_/s/ Nancy A. Cunningham_
Nancy A. Cunningham

57737 v1/BN