UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Athena Diagnostics, Inc.,**

    **Plaintiff,**

    **v.**           **CIVIL ACTION**
                 **NO. 09-40199-FDS**

**Ambry Genetics Corporation**

    **Defendant.**

## INITIAL SCHEDULING ORDER

**SAYLOR, J.**

This Scheduling Order is intended to provide a reasonable timetable for discovery and motion practice in order to help ensure a fair and just resolution of this matter without undue expense or delay.

### Timetable for Discovery and Motion Practice

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and Local Rule 16.1(F), it is hereby ORDERED that:

1. **Initial Disclosures.** Initial disclosures required by Fed. R. Civ. P. 26(a)(1) must be completed by   5/21/10   .

2. **Amendments to Pleadings.** Except for good cause shown, no motions seeking leave to add new parties or to amend the pleadings to assert new claims or defenses may be filed after   7/9/10   .

3. **Fact Discovery - Interim Deadlines.**

    a. All requests for production of documents and interrogatories must be served by   9/30/10   .

    b. All requests for admission must be served by   9/30/10   .

    c. All depositions, other than expert depositions, must be completed by   12/17/10   .

4. **Fact Discovery - Final Deadline.**  All discovery, other than expert discovery, must be completed by_____12/17/10_____.

5. **Preliminary Infringement Disclosures.**  Plaintiffs shall serve and file their preliminary disclosure of the claims alleged to be infringed by___April 21, 2010___.

      Plaintiffs shall specify which claims are allegedly infringed and identify the accused product(s) or method(s) that allegedly infringe those claims. Plaintiff shall also specify whether the alleged infringement is literal or falls under the doctrine of equivalents.  If Plaintiffs have not already done so, they shall produce all documents supporting their contentions and/or identify any such supporting documents produced by Ambry.  Such disclosures may be amended and supplemented up to 30 days before the date of the Markman Hearing. After that time, such disclosures may be amended or supplemented only pursuant to L.R. 16.6 Appendix ¶ D(1) or by leave of court, for good cause shown.

6. **Preliminary Invalidity and Non-Infringement Disclosures.**  Ambry shall serve and file Preliminary Invalidity and Non-Infringement Contentions by __6/30/10__ .

      Ambry shall identify prior art that it alleges anticipates or renders obvious the identified patent claims in question and, for each such prior art reference, shall specify whether it anticipates or is relevant to the obviousness inquiry.  If applicable, Ambry shall also specify any other grounds for invalidity.  If Ambry has not already done so, it shall produce all documents relevant to the invalidity defenses and/or identify any such supporting documents produced by Plaintiffs. Further, if Ambry has not already done so, it shall produce documents sufficient to show operational details of the accused product(s) or method(s) that Plaintiffs identified in their preliminary infringement disclosures.

      In addition, Ambry's Preliminary Invalidity and Non-Infringement Disclosure will also respond to Plaintiffs' Preliminary Infringement Disclosures by specifying the particular contentions in Plaintiffs' Preliminary Infringement Disclosures with which it disagrees.  Such disclosures may be amended and supplemented up to 30 days before the date of the Markman Hearing. After that time, such disclosures may be amended or supplemented only pursuant to L.R. 16.6 Appendix ¶ D(l) or by leave of court, for good cause shown, except that, if Plaintiffs amend or supplement their Preliminary Infringement Disclosures, Ambry may likewise amend or supplement its disclosures within 30 days of service of Plaintiffs' amended or supplemented infringement disclosures.

7. **Status Conference.**  Status conferences will be held on ___6/18/10 and 9/9/10___.

8. **Claim Terms and Proposed Constructions.**  The parties shall simultaneously

2

> exchange a list of claim terms to be construed and their respective proposed constructions by  11/30/10  .
>
> These may include an expert report (to the extent the proponent of such expert intends or expects to rely on such expert testimony in connection with claim construction) on issues relating to claim construction.

**9.  Expert Discovery.**

    **a.**  Plaintiff(s)' trial experts must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed, by _____.

    **b.**  Plaintiff(s)' trial experts must be deposed by _____.

    **c.**  Defendant(s)' trial experts must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed, by _____.

    **d.**  Defendant(s)' trial experts must be deposed by _____.

**10.  Dispositive Motions.**

    **a.**  Dispositive motions, such as motions for summary judgment or partial summary judgment and motions for judgment on the pleadings, must be filed by _____.

    **b.**  Oppositions to dispositive motions must be filed within ___ days after service of the motion.

**11.  Initial Pretrial Conference.**  An initial pretrial conference will be held on _____ _____ at _____ a.m./p.m.  The parties shall prepare and submit a pretrial memorandum in accordance with Local Rule 16.5(D) five business days prior to the date of the conference, except that the parties need not include matters required by Local Rule 16.5(D)(2) or (3).

### Procedural Provisions

**1.  Extension of Deadlines.**  Motions to extend or modify deadlines will be granted only for good cause shown.  All motions to extend shall contain a brief statement of the reasons for the request; a summary of the discovery, if any, that remains to be taken; and a specific date when the requesting party expects to complete the additional discovery, join other parties, amend the pleadings, or file a motion.

2. **Motions to Compel or Prevent Discovery.** Except for good cause shown, motions to compel discovery, motions for protective orders, motions to quash, motions to strike discovery responses, and similar motions must be filed no later than the close of fact discovery or the close of expert discovery, whichever deadline is relevant. If additional discovery is compelled by the court after the relevant deadline has passed, the court may enter such additional orders relating to discovery as may be appropriate.

3. **Reply Memoranda.** Parties need not seek leave of court to file a reply memorandum in response to an opposition to any motion, provided that such a reply memorandum does not exceed twelve pages, double-spaced, and is filed within seven days (excluding intermediate Saturdays, Sundays, and legal holidays) after service of the opposition memorandum. Parties may otherwise file reply or surreply memoranda only with leave of court. When such leave is sought, the moving party may file a proposed reply or surreply memorandum with the motion for leave.

4. **Status Conferences.** The court has scheduled a status conference after (or close to) the close of fact discovery for case management purposes. Any party who reasonably believes that a status conference will assist in the management or resolution of the case may request one from the court upon reasonable notice to opposing counsel.

5. **Additional Conferences.** Upon request of counsel, or at the court's own initiative, additional case-management or status conferences may be scheduled. Parties may request telephonic conferences where appropriate to avoid undue inconvenience or expense.

6. **Early Resolution of Issues.** The court recognizes that, in some cases, resolution of one or more preliminary issues may remove a significant impediment to settlement or otherwise expedite resolution of the case. Counsel are encouraged to identify any such issues and to make appropriate motions at an early stage in the litigation.

7. **Pretrial Conference.** Lead trial counsel are required to attend any pretrial conference.

By the Court,

5/14/10  
Date

/s/ Martin Castles  
Deputy Clerk